

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00051-CR

Damaso Rafael **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11649
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 10, 2019.

Sandee Bryan Marion, Chief Justice